JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN VARTANIAN, | Case No. 2:23-cv-05723-RGK-RAOx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

On November 15, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [26], which ordered plaintiff to show compliance with Fed. R. Civ. Proc. 4(i)(1)(A)(i), (ii) and 4(m) as to service of defendants named in this action. On November 20, 2023, plaintiff filed a response to the OSC. The Court has reviewed Plaintiff's response together with the multiple proofs of service filed. The Court finds that Plaintiff has not complied with the requirements of Fed. R. Civ. Proc. 4(i)(1)(A)(i), (ii) and 4(m), and has not demonstrated any good cause for the delay in service. Accordingly, this action is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 11/21/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE